UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEOPOLD WITHMORE-VANS ALLEN, JR.,<br>　　　　　　Petitioner,<br><br>-v-<br><br>SHERRY L. BURT,<br>　　　　　　Respondent. | No. 1:20-cv-7<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court denied the § 2254 petition for habeas relief. All pending claims and motions have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure,

**JUDGMENT ENTERS.**

　　**THIS ACTION IS TERMINATED.**

　　**IT IS SO ORDERED.**

Date: January 21, 2021　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　United States District Judge